**Lawrence G. GRAY, Jr.,**
**Plaintiff–Appellant**

v.

**The OUTSOURCE GROUP,**
**Defendant–Appellee.**

No. 15–1783.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 7, 2015.

Filed: Oct. 13, 2015.

Lawrence Greggory Gray, Jr., Florissant, MO, pro se.

Cynthia Juedemann, Robert Arlen Kaiser, Jeffery Thomas McPherson, Armstrong & Teasdale, Saint Louis, MO, for Defendant–Appellee.

Before WOLLMAN, BYE, and GRUENDER, Circuit Judges.

PER CURIAM.

Lawrence G. Gray, Jr., appeals the district court's[1] adverse grant of summary judgment in his action under Title VII of the Civil Rights Act of 1964. Upon de

---

1. The Honorable Greg Kays, Chief Judge, United States District Court for the Western District of Missouri.

1. The Honorable Thomas C. Mummert, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

novo review, *see Sellers v. Deere & Co.,* 791 F.3d 938, 942 (8th Cir.2015), and careful consideration of Gray's arguments for reversal, we conclude that summary judgment was warranted. The judgment of the district court is affirmed, *see* 8th Cir. R. 47B, and Gray's motions for leave to correct clerical errors and for oral argument are denied.